**LUSK v. CRAWFORD PAINT CO.**

[333 N.C. 535 (1993)]

CONRAD RAY LUSK v. CRAWFORD PAINT COMPANY; RUSCON CORPO-
RATION; GEORGE W. KANE, INCORPORATED; CAROLINA STEEL
CORPORATION

No. 227PA92

(Filed 8 April 1993)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a decision of the Court of Appeals, 106 N.C. App. 292, 416 S.E.2d 207 (1992), reversing an order entered by Beaty, J., on 23 January 1991 in Superior Court, Forsyth County, and remanding to that court for further proceedings. Heard in the Supreme Court 16 March 1993.

*Herman L. Stephens for plaintiff appellee.*

*Smith Helms Mullis & Moore, by Richmond G. Bernhardt, Jr., for defendant appellant Ruscon Corporation.*

*Robinson Maready Lawing & Comerford, by Robert J. Lawing and Jane C. Jackson, for defendant appellant George W. Kane, Incorporated.*

*Hutchins, Tyndall, Doughton & Moore, by H. Lee Davis, Jr., for defendant appellant Carolina Steel Corporation.*

*Teague, Rotenstreich and Stanaland, by Stephen G. Teague, for defendant appellant Crawford Paint Company.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.